[Crim. No. 2146.    Fourth Dist.    Aug. 6, 1965.]

THE PEOPLE, Plaintiff and Respondent, v. TERRY MABRY, Defendant and Appellant.

Terry Mabry, in pro. per., for Defendant and Appellant.

Thomas C. Lynch, Attorney General, and William E. James, Assistant Attorney General, for Plaintiff and Respondent.

BROWN (Gerald), P. J.—This is an appeal from an order of the trial court denying a writ of error *coram nobis*. This court's offer to appoint counsel upon appeal was refused by defendant.

Defendant contends his conviction for receiving stolen property (Pen. Code, § 496) was based solely on a plea of guilty which was procured by coercion and duress, and violated due process as in *People* v. *Trout*, 54 Cal.2d 576 [6 Cal.Rptr. 759, 354 P.2d 231, 80 A.L.R.2d 1418], (confession obtained by improper police pressure on accused via his

wife). Defendant, represented by counsel, pleaded guilty in January 1960; no appeal was taken from the judgment. In August 1964, the petition for writ of error *coram nobis* was filed.

"*Coram nobis* is not the proper vehicle for vindicating constitutional rights; that is a function of motion for new trial, appeal or habeas corpus (*People* v. *Adamson, supra*, at page 327.)" (*People* v. *Ayala,* 138 Cal.App.2d 243, 246 [291 P.2d 517].) See *People* v. *Adamson,* 34 Cal.2d 320, 327, 338 [210 P.2d 13].

The order is affirmed.

Coughlin, J., and Whelan, J., concurred.